Matter of Fitzgerald (2024 NY Slip Op 04553)

Matter of Fitzgerald

2024 NY Slip Op 04553

Decided on September 25, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 25, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
COLLEEN D. DUFFY
BETSY BARROS
FRANCESCA E. CONNOLLY
PAUL WOOTEN, JJ.

2021-02151

[*1]In the Matter of Kevin J. Fitzgerald, a suspended attorney. (Attorney Registration No. 2155323)

DECISION & ORDER
Motion by Kevin J. Fitzgerald for reinstatement to the Bar as an attorney and counselor-at-law. Fitzgerald was admitted to the Bar in the State of New York at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on April 13, 1988. By opinion and order of this Court dated June 14, 2023, Fitzgerald was suspended from the practice of law for a period of six months, effective July 14, 2023 (see Matter of Fitzgerald, 216 AD3d 127).
Upon the papers filed in support of the motion and the papers filed in relation thereto, it is
ORDERED that the motion is granted; and it is further,
ORDERED that, effective immediately, Kevin J. Fitzgerald, is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Kevin J. Fitzgerald to the roll of attorneys and counselors-at-law.
DILLON, J.P., DUFFY, BARROS, CONNOLLY and WOOTEN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court